[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-13183

Non-Argument Calendar

_____

DEANDRE D. CURRINGTON,

Plaintiff-Appellant,

*versus*

COMMANDER JUNEAU,
DEPUTY CHIEF BRYAN,
DUSTIN R. FOLK,
Cpl.,

Defendants-Appellees.

_____

2                    Opinion of the Court                    24-13183

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 1:22-cv-00397-MHT-CSC

_____

Before WILSON, ROSENBAUM, and ABUDU, Circuit Judges.

PER CURIAM:

The appellees' motion to dismiss this appeal for lack of jurisdiction is GRANTED, and this appeal is DISMISSED. While the district court has entered numerous orders resolving DeAndre D. Currington's various motions in this pending case, none of those orders ended the underlying litigation on the merits and, accordingly, none of those orders are final. *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012). Most of those orders concerned discovery, amendment of pleadings, and appointment of counsel, matters which are not ordinarily immediately appealable. *See Doe No. 1 v. United States*, 749 F.3d 999, 1004 (11th Cir. 2014) (concerning discovery orders); *Wells v. S. Main Bank*, 532 F.2d 1005, 1005-06 (5th Cir. 1976) (concerning amendment of pleadings); *Hodges v. Dep't of Corr.*, 895 F.2d 1360, 1361-62 (11th Cir. 1990) (concerning appointment of counsel). Further, none of those orders are appealable as collateral orders because they would all be reviewable on appeal from a final judgment. *See Acheron Cap., Ltd. v. Mukamal*, 22 F.4th 979, 989 (11th Cir. 2022).